**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WAYNE A. STOKER | § |
| | § |
| vs. | §   CASE NO. 2:10-CV-583-TJW-CE |
| | § |
| NORRIS CYLINDER COMPANY / | § |
| TRIMAS CORPORATION. | § |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636.  The report of the Magistrate Judge (Dkt. No. 45) has been presented for consideration.  The report recommends that the court grant Defendant's motion to dismiss with prejudice.  Plaintiff filed objections to the report (Dkt. No. 46).

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court OVERRULES Plaintiff's objections and adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court.  Accordingly, it is ORDERED that Defendant's motion to dismiss is GRANTED and this case is DISMISSED with prejudice.

SIGNED this 19th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE