### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| WAYNE A. STOKER<br>Plaintiff, | § § § | |
| V. | § § | CIVIL NO. 2:10-CV-583<br>ECF |
| TRIMAS CORPORATION<br>Defendant. | § § § | |

### NOTICE OF NONREPRESENTATION ON APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes LANA JOHNSON, and files this Notice of Nonrepresentation of Plaintiff in his appeal of this matter.

1.  LANA JOHNSON has not made an appearance in the appeal filed by Plaintiff but was attorney of record in the trial court.

2.  LANA JOHNSON is not representing Plaintiff in appeal of the case herein.  The Plaintiff has not retained Lana Johnson to represent him in the appeal.  Plaintiff stated that he would represent himself and filed a pro se notice of appeal.

3.  The court and other counsel should communicate directly with Plaintiff Wayne A. Stoker in the future.

4.  The Plaintiff's last known address is 11604 FM 2011 E, Henderson, TX 75652-4867.

Respectfully submitted,

_____/S/_____
LANA JOHNSON
Texas Bar No. 10763650
P. O. Box 156
Overton, TX  75684
Tel. (903) 646-0672
Fax. (866) 447-7148

CERTIFICATE OF SERVICE

I certify that on November 19, 2011 a true and correct copy of the foregoing document was served on all parties by ECF.


_____/s/_____
LANA JOHNSON
E-mail:  mufferine@yahoo.com