# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-41154

WAYNE A. STOKER,

      Plaintiff - Appellant

v.

TRIMAS CORPORATION, doing business as Norris Cylinder Company,

      Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Marshall

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of November 10, 2011, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter.

      LYLE W. CAYCE
      Clerk of the United States Court
      of Appeals for the Fifth Circuit

      By: /s/ James deMontluzin
      James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT